**Opinion filed April 20, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00032-CV

_____

## HERMINIO JAIMES SALAZAR AND SALVADOR JAIMES SALAZAR, Appellants

### V.

## JOSE M. JAIMES, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 25832**

## M E M O R A N D U M   O P I N I O N

Herminio Jaimes Salazar and Salvador Jaimes Salazar, Appellants, filed a notice of appeal on February 16, 2023.  When the appeal was docketed in this court on that same date, the clerk of this court requested that Appellants remit the $205 filing fee to this court on or before February 23, 2023.  We notified Appellants by letters dated February 28, March 30, March 31, and April 17 that the filing fee and the docketing statement were both past due.  During a phone call on March 17,

Appellants' counsel informed the clerk's office of this court that he would get the filing fee paid early the next week. Appellants' counsel did not follow through. This court ultimately directed Appellants to pay the $205 filing fee and to file their docketing statement on or before April 7, 2023. In this court's March 31 and April 17 letters, we informed Appellants that the appeal would be subject to dismissal if they failed to pay the filing fee. As of this date, we have not received Appellants' filing fee or their docketing statement.

Because Appellants have failed to pay the required filing fee as directed by this court, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

April 20, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.